UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUKHVINDER SINGH,

                Petitioner,

     v.

LORETTA LYNCH, et al.,

                Respondents.

NO. C15-756-TSZ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 19, to which no objection was timely filed, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.
2. Petitioner's motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), docket no. 16, is GRANTED.
3. Respondents' motion to dismiss, docket no. 11, is DENIED as moot.
4. Petitioner's habeas petition and this action are DISMISSED without prejudice.
5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 23rd day of October, 2015.

                                                              Thomas S. Zilly
                                                              United States District Judge